# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 06, 2020

Mr. Robert J. Fitrakis
Fitrakis & Gadell-Newton
1021 E. Broad Street
Columbus, OH 43205

Re: Case No. 20-3717, *Howard Hawkins, et al v. Mike DeWine, et al*
Originating Case No. : 2:20-cv-02781

Dear Counsel,

   This appeal has been docketed as case number **20-3717** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **July 20, 2020**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|              |                                                              |
|--------------|--------------------------------------------------------------|
| Appellant:   | Appearance of Counsel                                        |
|              | Civil Appeal Statement of Parties & Issues                   |
|              | Disclosure of Corporate Affiliations                         |
|              | Application for Admission to 6th Circuit Bar (if applicable) |
|              |                                                              |
| Appellee:    | Appearance of Counsel                                        |
|              | Disclosure of Corporate Affiliations                         |
|              | Application for Admission to 6th Circuit Bar (if applicable) |

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                          Sincerely yours,

                                          s/Briston S. Mitchell
                                          Case Manager
                                          Direct Dial No. 513-564-7082

cc:  Ms. Julie M. Pfeiffer

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 20-3717

HOWARD HAWKINS, aka Howie; DARIO HUNTER; JOSEPH R. DEMARE; BECCA CALHOUN; NATHANIEL LANE; BRETT JOSEPH; ANITA RIOS

   Plaintiffs - Appellants

v.

MIKE DEWINE; FRANK LAROSE; AMY ACTON

   Defendants - Appellees